**FILED**

IN UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MISSOURI

DEC 1 8 2006

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DEC 2 8 2006 |
| | ) | GREGORY |
| vs | ) | Case No. 4:04CR00664 CAS |
| | | 06-cr-00437-EWN |
| Alejandro Jesus Casavantes AKA Elmer Calzadillas Lujan | ) | |
| | ) | |

---

**ORDER QUASHING WARRANT AND QUASHING TRANSFER OF JURISDICTION**

---

The above named was placed on Supervised Release on May 10, 2005 for a period of three years. Because this term of Supervised Release had been previously vacated, it is hereby ordered that both the Supervised Release Violator's Warrant, issued September 28, 2006, and the Order transferring jurisdiction to the District of Colorado, issued September 28, 2006, are quashed.

Dated this _18th_ day of _December_, 2006

JAMES G. WOODWARD, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
DEPUTY CLERK

The Honorable Charles A. Shaw
United States District Judge